L. G. Holz and Frances A. Holz, his wife, and A. James O'Connor, Appellants, v. Thomas J. Hannan, Appellee, in Case No. 4177, and

L. G. Holz and A. James O'Connor, Appellants, v. George E. Merrick, Appellee, in Case No. 5067—a Consolidated Cause.

An Appeal from the Circuit Court for Dade County.

Appeal dismissed on motion of counsel for the respective parties.

*Shutts & Bowen,* for Appellants;

*Benson & Shipp* and *Clifton D. Benson,* for Appellees.